UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-399-1H(2)



IN RE:

SEALED DEFENDANT (TD)
SIX-COUNT GRAND JURY
INDICTMENT OF DECEMBER 12, 2017

ORDER TO SEAL INDICTMENT

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on December 12, 2017, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Indictment shall remain sealed until such time an arrest warrant for the defendant have been executed, or upon further order of this Court.

This, the 12th day of December, 2017.

UNITED STATES MAGISTRATE JUDGE