UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-399-1H

UNITED STATES OF AMERICA

v.

TRUMAIN DAVIS

ORDER SEALING DOCUMENT

This matter is before the Court on Defendant's Motion to Seal the sentencing memorandum filed on 3 October 2018 at D.E. #42. For good cause shown, it is ordered that Defendant's Motion to Seal is ALLOWED.

This the 4th day of Oct, 2018.

Honorable Malcolm J. Howard
Senior United States District Judge, E.D.N.C.